IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLOW GREENE HOMEOWNERS ASSOCIATION | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-CV-00176 |
| | § | Judge Mazzant |
| GERARD ROOFING TECHNOLOGIES, A DIVISION OF METALS USA BUILDING PRODUCTS, L.P. AND METALS USA, INC. | § § § § § | |
| Defendants | § § | |

**AGREED STIPULATION OF DISMISSAL**

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Willow Greene Homeowners Association ("Willow Greene" or "Plaintiff").

2. Defendants are Gerard Roofing Technologies, a division of Metals USA Building Products, L.P. ("Gerard"), and Metals USA, Inc.'s ("Metals USA") (collectively "Defendants").

3. Plaintiff moves to dismiss the suit.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted,

*/s/ Michael D. Richardson*
Michael D. Richardson
Texas State Bar No. 16868220
Kevin A. Koudelka
Texas State Bar No. 24025971

**Richardson Koudelka, LLP**
Two Turtle Creek
3838 Oak Lawn Avenue, Suite 450
Dallas, Texas 75219
Phone:  214.217.7575
Facsimile: 214.217.7576
Email: mrichardson@rklawtexas.com
**ATTORNEYS FOR PLAINTIFF**

AGREED:

*/s/ Jennifer L. Graf*
Jennifer L. Graf
Texas State Bar No. 24043699

**Crouch & Ramey LLP**
2001 Ross Ave., Suite 4400
Dallas, Texas 75201
Phone: 214.922.7126
Facsimile: 214.922.7101
Email: jgraf@crouchfirm.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of December, 2014, the foregoing Agreed Stipulation of Dismissal was filed with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court.

*/s/ Michael D. Richardson*
Michael D. Richardson