# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WILLOW GREENE HOMEOWNERS ASSOCIATION | § § § | |
| v. | § § | CIVIL ACTION NO. 4:13cv176 (Judge Mazzant) |
| GERARD ROOFING TECHNOLOGIES, A DIVISION OF METALS USA BUILDING PRODUCTS, L.P. AND METALS USA, INC. | § § § § | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Agreed Stipulation of Dismissal (Dkt. #58). The Court finds that the Agreed Stipulation of Dismissal should be granted.

It is hereby **CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.
**SIGNED this 15th day of December, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE